UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff.               )
                                     )
                                     )    CASE NO. 05-89m
    vs.                              )
                                     )
    *Jennifer Victoria Martin*       )    CR05-65
                                     )
            Defendant.               )

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 13<sup>t</sup> day of June, 2005,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

JUN 1 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE