IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )

      Plaintiff,       )

    v.              )   No. 05- *89m*

VICTORIA JACKSON,      )  *CR05-65*

      Defendant.     )

*4* (handwritten, circled)

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**.  This case is eligible for a detention order because case involves (**check all that apply**):

    _____    Crime of violence (18 U.S.C. § 3156)

    _____    Maximum sentence life imprisonment or death

    _____    10+ year drug offense

    _____    Felony, with two prior convictions in above categories

    \_\_X\_\_\_    Serious risk defendant will flee

    _____    Serious risk obstruction of justice



FILED

JUN 1 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __ x __   Defendant's appearance as required

   _____   Safety of any other person and the community

3. **Rebuttable Presumption**.  The United States (will, **will not**) invoke the rebuttable presumption against defendant under §3142(e).  (If yes) The presumption applies because (**check one or both**):

   _____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   _____   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

   _____   At first appearance

   __ x __   After continuance of __ 3 __ days (not more than 3).

5. **Temporary Detention**.  The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

At the time the offense was committed the defendant was:

    \_\_\_\_    (a) on release pending trial for a felony;

    \_\_\_\_    (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    \_\_\_\_    (c) on probation or parole for an offense.

2.  _____  The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3.  _____  The defendant may flee or pose a danger to any other person or the community.

6.    **Other Matters**.

_____

_____

_____

DATED this \_\_\_13th day of June, 2005.


COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Assistant U. S. Attorney