IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>       Plaintiff, )<br>  )<br> v. )<br>  )<br> JENNIFER VICTORIA MARTIN )<br>  )<br>       Defendant. ) | CASE NO.: **05-89M-MPT**<br><br>CR05-65 |

<u>O R D E R</u>

WHEREAS, this matter came before this Court on **JUNE 16, 2005** for the purpose of a preliminary hearing; and

WHEREAS, the United States has produced sufficient evidence to convince the undersigned that there is probable cause to believe that an offense has been committed by the defendant against the laws of the United States;

IT IS ORDERED, that the defendant is held to await further action by the court.

Dated: 6/16/05

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE