IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05- 65 |
| | ) | |
| VICTORIA CROSBY, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO SEAL INDICTMENT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, moves that the Indictment in this case be sealed.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: June 28, 2005

AND NOW, to wit, this 28 day of June, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment be sealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE