IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05- 65 |
| VICTORIA CROSBY, | : | |
| Defendant. | : | |



## INDICTMENT

1.  From on or about May 2, 2005 through on or about June 12, 2005, in the District of Delaware and elsewhere, Victoria Crosby, defendant herein, did conspire with others, known and unknown to the grand jury, to commit mail fraud, to wit, devising and intending to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses and representations and promises, and for the purposes of executing such scheme and artifice and attempting to do so, did deposit and cause to be deposited materials to be sent and delivered by private and commercial interstate carrier, and did take and receive therefrom materials, as more fully set forth in paragraph 2 of this Indictment, incorporated herein by reference, in violation of 18 U.S.C. Sec. 1341 and 2, all in violation of 18 U.S.C. Sec. 1349.

2.  In furtherance of the conspiracy commit mail fraud as set forth above, on the following dates, the defendant, Victoria Crosby, committed the following overt acts:

    A.  On or about May 2, 2005, the defendant picked up a Federal Express package, tracking/identification number 851079479413, at the Federal Express distribution center at 2 Commons Blvd., New Castle, Delaware.

FILED

JUN 28 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Express package, tracking/identification number 851079477226, at the Holiday Inn in Claymont, Delaware.

C.  On or about May 20, 2005, the defendant picked up a United Parcel Service package, tracking/identification number A539 5993 251, at the Super 8 Motel, 215 S. DuPont Highway, New Castle, Delaware.

D.  On or about June 12, 2005, the defendant picked up a United Parcel Service package, tracking/identification number 1ZX0X9905865301182 and addressed to M. Granden or Barbara Johnson, from the Budget Motor Lodge, 140 S. DuPont Highway, New Castle, Delaware.

E.  On or about June 11-12, 2005, the defendant utilized and identified herself by the false names of Barbara Johnson and then Veena Granden when she filled out registration cards at the Budget Motor Lodge and inquired about a United Parcel Service package delivery.

F.  On or about June 12, 2005, the defendant completed and signed a document entitled "UPS log" in the false name of Barbara Johnson, 1502 Blanch Street, Pasadena, CA 91160.

In violation of 18 U.S.C. Sec. 1341 and 2, all in violation of 18 U.S.C. Sec. 1349.

                                        A TRUE BILL

                                        _____
                                        Grand Jury Foreman

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
    Shannon Thee Hanson
    Assistant U.S. Attorney

Dated: June 28, 2005