UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>FILED UNDER SEAL</u> |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-65-SLR |
| VICTORIA CROSBY | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Victoria Crosby, in the above-captioned matter.

PENNY MARSHALL, ESQUIRE

ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

DATED: July 8, 2005

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant hereby certifies that two (2) copies of the attached Substitution of Counsel and Entry of Appearance were hand delivered to the box designated in the Clerk's Office to:

> Shannon Thee Hanson, Esquire
> Assistant United States Attorney
> 1007 Orange Street, Suite 700
> Wilmington, DE  19801

_____
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  July 8, 2005