UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

*13*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. **CR 05-65 SLR** |
| Victoria Crosby | ) |
| Defendant. | ) |



SEALED  UNSEALED
9/28/05 KJK

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *August 4, 2001* requested, through counsel, additional time to file pretrial motions.  The Court having considered the request,  it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *October 5, 2005* The time between the date of this order and *October 5, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).



Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED

AUG  4 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE