

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

August 23, 2005

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
First Federal Plaza
Suite 110
704 King Street
Wilmington, DE  19801

          Re:  **United States v. Victoria Crosby**
               Crim. No. 05-065-SLR
               **SEALED CASE**

Dear Ms Kousoulis:

    Enclosed is a copy of a letter sent by your client to Chief Judge Robinson. The letter will not be docketed by the Clerk's Office nor forwarded to the United States Attorney's Office. Kindly advise your client that the court will not in the future review any correspondence from her so long as she is represented by counsel, unless the correspondence is forwarded to the court through counsel.

    Thank you for your cooperation.

                              Sincerely,

                              Maria G. Alvino
                              Admin. Assistant