IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-65-SLR |
| VICTORIA CROSBY, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to unseal the above-captioned file in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Assistant United States Attorney

FILED
SEP 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: September 28, 2005

**IT IS SO ORDERED** this _____ day of _____, 2005.

_____
THE HONORABLE SUE L. ROBINSON
Chief Judge, United States District Court