IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-65-SLR |
| VICTORIA CROSBY, | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

Defendant, Victoria Crosby, by and through her undersigned counsel, Eleni Kousoulis, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a) for an order enlarging the time within which pretrial motions may be filed. In support of this motion the Defendant submits as follows:

1. Pre-trial motions for this case are due by October 5, 2005.

2. Defense counsel requires additional time in which to sufficiently review the discovery in the present case and also requires additional time to meet with Ms. Crosby to discuss how the defense is going to proceed, before it can be determined which, if any, pre-trial motions need to be filed. In addition, the government has informed defense counsel that it will be filing additional charges against Ms. Crosby by way of a Superceding Indictment.

3. In order to allow defense counsel adequate time to review the discovery and the case in general with Ms. Crosby, and to prevent defense counsel from having to file pretrial motions piecemeal once additional charges are brought, Ms. Crosby respectfully requests an extension of time

in which to file any pre-trial motions in this case.

  4. Shannon Thee Hanson, Esquire, the attorney handling the case for the government, does not object to the enlargement of time.

  5. The parties have agreed that any additional time given in which to file pre-trial motions will be excludable under the Speedy Trial Act.

  WHEREFORE, it is respectfully requested that the time for Defendant to file pre-trial motions be extended to anytime after November 17, 2005.

              Respectfully Submitted,

              /s/ Eleni Kousoulis
              Eleni Kousoulis, Esquire
              Assistant Federal Public Defender
              First Federal Plaza
              704 King Street, Suite 110
              Wilmington, Delaware 19801
              Attorney for Defendant Victoria Crosby

Dated: September 30, 2005

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Victoria Crosby hereby certifies that a copy of Defendant's Motion for Extension of Time to File Pretrial Motions is available for public viewing and downloading and was electronically delivered on September 30, 2005, to:

> Shannon Thee Hanson, Esquire
> Assistant U.S. Attorney
> United States Attorney's Office
> 1007 Orange Street, Suite 700
> Wilmington, DE 19801

> /s/ Eleni Kousoulis
> Eleni Kousoulis, Esquire
> Assistant Federal Public Defender
> 704 King Street Suite 110
> Wilmington, DE 19801
> (302) 573-6010