IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. **05-65-SLR** |
| **VICTORIA CROSBY** | ) ) |
| Defendant. | ) ) |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the Arraignment on the Superseding Indictment for the above defendant is continued from October 27, 2005 at 1:00 pm until **NOVEMBER 3, 2005 AT 1:00 p.m.**, in Courtroom 6C of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

October 25, 2005

_____
HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE



FILED
OCT 25
U.S. DISTRICT COURT
DISTRICT OF DELAWARE