UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. CR 05-65 (SLR) |
| Victoria Crosby | ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 11/3/05 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until December 21, 2005. The time between the date of this order and December 21, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary (Pat) Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
NOV - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE