IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-065-SLR |
| ) | |
| VICTORIA CROSBY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 21st day of December, 2005, having considered defendant's unopposed motion to declare the case complex and for an extension of time in which to file pretrial motions;

IT IS ORDERED that said motion is **granted**. (D.I. 25) All pretrial motions shall be filed on or before **January 18, 2006**.

IT IS FURTHER ORDERED that the telephonic status conference scheduled for **January 5, 2006** is **cancelled**. Having designated this case **complex**, the time between this order and the **January 19, 2006** pretrial motion deadline shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii).

United States District Judge