IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-65-SLR |
| VICTORIA CROSBY, | : | |
| Defendant. | : | |

**ORDER**

The Court having considered Defendant Crosby's Motion to Suppress Evidence and Statements and good cause having been shown therefore;

IT IS HEREBY ORDERED this _____ day of _____, _____, that any evidence seized at the time of Ms. Crosby's arrest on May 26, 2004 and June 12, 2005, including any statements made by Ms. Crosby, shall be suppressed.

_____
Honorable Sue L. Robinson
United States District Court