IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-65-SLR |
| | ) | |
| VICTORIA CROSBY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

At Wilmington this 19th day of January, 2006;

IT IS ORDERED that a telephone conference is scheduled

for **Thursday, January 26, 2006** at **2:30 p.m.**, with the court

initiating said call.

United States District Judge