IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-065-SLR |
| | ) |
| VICTORIA CROSBY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 26th day of January, 2006, having conferred with counsel;

IT IS ORDERED that a hearing is scheduled for **Thursday, April 13, 2006** at **3:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **April 13, 2006** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge