IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-65-SLR |
| VICTORIA CROSBY ) | |
| ) | |
| Defendant. ) | |

## ORDER

**WHEREAS,** the defendant has been convicted of mail fraud, in violation of Title 18, United States Code, Section 1341;

**WHEREAS,** the government requests a psychiatric or psychological examination of the defendant at a suitable federal facility, and

**WHEREAS,** the Court "desires more information than is otherwise available to it as a basis for determining the mental condition of the defendant," 18 U.S.C. §3552(c).

**IT IS HEREBY ORDERED** this ___1st___ day of _June_, 2006, pursuant to 18 U.S.C. §§ 3552(c), 4244(b), and 4247(b) & (c) that Victoria Crosby shall forthwith be committed to the custody of the Attorney General for a term of sixty (60) days for placement at a suitable federal facility for the purpose of having a complete and thorough medical study to include a physical, psychiatric, psychological, and/or neurological examination of the defendant to aid in the determination of an appropriate sentence.

**IT IS FURTHER ORDERED** that a psychiatric, psychological, or medical study report be prepared by the examiner and that a report be filed with the Court. The report shall include the following:

1. Ms. Crosby's history;

2. A description of the psychiatric, psychological, neurological, and medical tests that were employed and their results to properly inform the Court if Ms. Crosby is experiencing a psychiatric, psychological, neurological and/or medical problem.

3. The examiner's findings of all present symptoms.

4. The examiner's opinions as to diagnosis, prognosis, and appropriate correctional treatment, including any recommendation the examiner may have as to how the mental condition of the defendant should affect the sentence.

_____
Honorable Sue L. Robinson
United States District Judge