IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-65-SLR |
| | ) | |
| VICTORIA CROSBY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 28th day of September, 2006;

IT IS ORDERED that:

1. The sentencing of defendant is scheduled for
**Monday, December 18, 2006** at **4:00 p.m.** in courtroom No. 6B, on
the sixth floor of the J. Caleb Boggs Federal Building, 844 King
Street, Wilmington, Delaware.

2. Any objections to the presentence report must be
communicated in writing to the Probation Office and opposing
counsel no later than 14 days from receipt of the presentence
report. Such objections should **not** be filed with the court.[1]

---

[1]All filings and correspondence presented to the court will
be docketed and available electronically, unless filed under
seal. The court will not review correspondence and filings for
redaction. Therefore, it is the sole responsibility of counsel
and the parties to be certain that all documents comply with the
rules of this court and the Judicial Conference requiring
redaction of personal data identifiers and sensitive information.

3.    Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.


_____
United States District Judge