Filed in open court 12-18-06 -AD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 05-65-SLR |
| VICTORIA CROSBY | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO DISMISS

Pursuant to the Memorandum of Plea Agreement entered into by the parties on April 13, 2006, the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss Counts 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21 of the Superseding Indictment returned against the Defendant by the Grand Jury for the District of Delaware on October 13, 2005, as well as to dismiss in its entirety the Indictment returned against the Defendant by the Grand Jury for the District of Delaware on June 28, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon Thee Hanson
Assistant United States Attorney

SO ORDERED, this 18th day of December, 2006.

_____
HONORABLE SUE L. ROBINSON
Chief Judge
United States District Court